**Dismiss and Opinion Filed April 25, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-24-00197-CV

**JERRY RAMON, Appellant**
**V.**
**DULCE CARIDAD BARAJAS MARTINEZ, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-19736**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Smith

Before the Court is appellant's motion to dismiss the appeal and take judicial

notice of prison mailroom issues. We grant the motion to the extent we dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a)(1).

240197F.P05

/Craig Smith/
CRAIG SMITH
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JERRY RAMON, Appellant

No. 05-24-00197-CV      V.

DULCE CARIDAD BARAJAS
MARTINEZ, Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-19736.
Opinion delivered by Justice Smith,
Justices Miskel and Breedlove
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this day of April 25, 2024.